**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01063-REB-KMT

RONA LEDFORD,

    Plaintiff,

v.

ENVIROTEST SYSTEMS, CORP.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Blackburn, J.

This matter is before me on the **Notice of Settlement and Joint Stipulation to Dismiss with Prejudice** [#17][1] filed by the parties on December 19, 2013. The notice and stipulation are approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Settlement and Joint Stipulation to Dismiss with Prejudice** [#17] filed December 19, 2013, is **APPROVED**;

2. That the combined Trial Preparation Conference and Final Pretrial Conference set April 25, 2014, and the trial by jury set to commence May 12, 2014, are **VACATED**; and

3. That this case is **DISMISSED** with prejudice with the parties to bear their own costs and attorney fees.

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated December 27, 2013, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge